■ DAVID FISCHER, Appellant, v CHAIKEL CHANIN et al., Respondents. [640 NYS2d 792] —Appeal by the plaintiff from an order of the Supreme Court, Kings County (Vinik, J.), dated February 22, 1995.

Ordered that the order is affirmed, with costs, for reasons

stated by Justice Vinik at the Supreme Court. Balletta, J. P., Santucci, Krausman and Florio, JJ., concur.